1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  LUCILLE GONZALES MEIS
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  SARAH RYAN,
5  Special Assistant United States Attorney

6      333 Market Street, Suite 1500
       San Francisco, CA 94105
7      Telephone: 415-977-8978
8      Facsimile:  415-744-0134
       Email: sarah.ryan@ssa.gov
9
10 Attorneys for Defendant

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                          OAKLAND DIVISION
14

15 JOHN COLEMAN,                       )   CIVIL NO. C 08-3789 WDB
16                                     )
              Plaintiff,               )
17                                     )
18       v.                            )   AMENDED MOTION AND PROPOSED
                                       )   ORDER FOR PLAINTIFF'S FIRST
19 MICHAEL J. ASTRUE,                  )   EXTENSION OF TIME TO FILE
   Commissioner of Social Security     )   PLAINTIFF'S MOTION FOR
20                                     )   SUMMARY JUDGMENT;
21            Defendant.               )   [PROPOSED] ORDER GRANTING
                                           EXTENSION OF TIME
22

23       Comes now Defendant, by and through the undersigned Special Assistant United States Attorney,
24 with the Court's approval as indicated by issuance of the attached Order, that Plaintiff, who is acting pro
25 se, shall have a first extension of time of 30 days to file to Plaintiff's motion for summary judgment and
26 supporting brief. The requested extension is necessary because the parties were engaged in settlement
27 negotiations during the period in which Plaintiff would otherwise having been preparing his motion for
28 summary judgment. That the settlement negotiations have not resulted in agreement is not the fault of either
   party, and Defendant respectfully requests that the Court permit Plaintiff 30 days from the issuance of this

Order to file his motion for summary judgment and supporting brief. This amended motion is filed to cure a mistake in the proposed order attached to the original motion filed on January 27, 2009.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: January 28, 2009        By  /s/ Sarah Ryan
                                   SARAH RYAN
                                   Special Assistant United States Attorney

Attorney for Defendant

## ORDER

IT IS ORDERED that Plaintiff's deadline to file a motion for summary judgment and supporting brief is hereby extended until __February 16__, 2009, and all other due dates are extended accordingly.

Dated: __1/29__, 2009.

THE HON. WAYNE D. BRAZIL
United States Magistrate Judge

## CERTIFICATE OF SERVICE ON PRO SE PARTY

The undersigned attorney of record for Defendant, Commissioner of Social Security, does hereby certify that the foregoing was served on Plaintiff, who is appearing pro se, by mailing same to him at the following last known address by first class United States mail on this date:

John Coleman
P. O. box 996
Alameda, CA 94501.

Dated: January 28, 2009.        By: /s/ Sarah Ryan
                                    SARAH RYAN

2

Special Assistant United States Attorney