UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

JOHN COLEMAN,

        Plaintiff,

  v.

MICHAEL J. ASTRUE,

        Defendant.
_____/

No. C 08-03789 LB

**ORDER RE: (1) PLAINTIFF'S JANUARY 13 FILING; (2) SETTING BRIEFING SCHEDULE**

On January 11, 2010, this matter was re-assigned from Magistrate Judge Wayne D. Brazil to the undersigned. Subsequently, on January 13, 2010, *pro se* Plaintiff John Coleman submitted a letter (Dkt. #38) to the undersigned regarding Defendant Social Security Administration's alleged non-compliance with Judge Brazil's August 7, 2009 Order on Plaintiff's and Defendant's cross-motions for summary judgment. In that Order, Judge Brazil granted Plaintiff's motion for summary judgment, in part, by remanding this case to Defendant for an award of Supplemental Security Income ("SSI") disability benefits earned during the period of July 27, 2004, to August 3, 2005. (Dkt. #33 at 16.)[1] In his January 13, 2010 letter, Plaintiff now contends that Defendant has refused

---

[1] Judge Brazil entered Judgment in favor of Plaintiff consistent with his Order on the same day (Dkt. #34), and this matter was thereafter closed.

ORDER RE: (1) PLAINTIFF'S JANUARY 13 FILING; (2) SETTING BRIEFING SCHEDULE
C 08-03789

to pay benefits consistent with Judge Brazil's Order. (Dkt. #38 at 3.) Rather, Plaintiff asserts that Defendant will only pay benefits for the period spanning February 2005 through August 2005. (*Id.*) Plaintiff therefore requests that the Court order Defendant to pay benefits for the 8-month period previously specified in Judge Brazil's Order. (*Id.*)

After careful consideration of Plaintiff's letter, and mindful that the Court is to construe *pro se* filings liberally, the Court will interpret Plaintiff's January 13 filing as a Petition for Writ of Mandamus. *See Cleese v. Hewlett-Packard Company*, 911 F. Supp. 1312, 1315 (D. Ore. 1995); *Zakarian v. Option One Mortgage Corp.*, 642 F. Supp. 2d 1206, 1214 (D. Haw. 2009); *Doe v. Astrue*, C 09-00980, 2009 WL 2566720, at *10-11 (N.D. Cal. Aug. 18, 2009). Since Plaintiff neither served the letter on Defendant nor noticed it as a motion for hearing before the Court, the Court now **ORDERS** that Defendant shall file an Opposition to Plaintiff's Petition for a Writ of Mandamus by March 18, 2010. Plaintiff shall file a Reply to Defendant's Opposition by April 1, 2010. Once the parties have fully briefed this issue, the Court will issue a subsequent order detailing how it will proceed.

The Court further **ORDERS** that all subsequent filings by the parties comply with Judge Beeler's Standing Orders.[2]

**IT IS SO ORDERED.**

Dated: February 23, 2010

_____
LAUREL BEELER
United States Magistrate Judge

---

[2] A copy of the *Pro Se* handbook is available at the District Court Clerk's Office or at: http://www.cand.uscourts.gov/CAND/FAQ.nsf/60126b66e42d004888256d4e007bce29/14de5a2dfcdaa08c88256ebc0054574f?OpenDocument

ORDER RE: (1) PLAINTIFF'S JANUARY 13 FILING; (2) SETTING BRIEFING SCHEDULE
C 08-03789