UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| JOHN COLEMAN,<br><br>            Plaintiff(s),<br>     v.<br>MICHAEL J. ASTRUE,<br><br>            Defendant(s).<br>_____/ | No. C 08-03789 LB<br><br>**ORDER RE: (1) PLAINTIFF'S APRIL 28, 2010 FILING; (2) SETTING FURTHER BRIEFING SCHEDULE** |

On April 28, 2010, Plaintiff filed a letter in the above captioned matter. (Dkt. # 48.) Since *pro se* filings must be construed liberally, after thorough evaluation of Plaintiff's letter, the Court interprets it as a Reply to Defendant's Opposition to Plaintiff's January 13, 2010 filing. *Hughes v. Rowe*, 449 U.S. 5, 9 (1980); *Zichko v. Idaho*, 247 F.3d 1015, 1020 (9th Cir. 2001); *Hamilton v. U.S.*, 67 F.3d 761, 764 (9th Cir. 1995). In accordance with Local Rule 7-3, Plaintiff may file an Opposition to Defendant's Motion for Relief Under Federal Rule of Procedure 60(b) no later than June 10, 2010. Defendant's Reply must be filed no later than June 17, 2010. Any other filings not related to the pending motions or permitted under the Local Rules or the Federal Rules of Civil

///

///

C 08-03789
ORDER RE: (1) PLAINTIFF'S APRIL 28, 2010 FILING; (2) SETTING FURTHER BRIEFING SCHEDULE

Procedure will be stricken by the Court and not considered in resolving the pending motions.

**IT IS SO ORDERED.**

Dated: May 3, 2010

_____
LAUREL BEELER
United States Magistrate Judge