UNITED STATES DISTRICT COURT

For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

JOHN COLEMAN,

          Plaintiff,

  v.

MICHAEL J. ASTRUE,

          Defendant(s).
_____/

No. C 08-03789 LB

**ORDER SETTING MOTION HEARING FOR (1) PLAINTIFF'S APPLICATION FOR WRIT OF MANDAMUS AND (2) DEFENDANT'S MOTION FOR RELIEF UNDER RULE 60(B)**

On January 13, 2010, Plaintiff filed a letter alleging that Defendant Social Security Administration failed to comply with Judge Brazil's August 7, 2009 Order on Plaintiff's and Defendant's cross-motions for summary judgment (Dkt. # 38).  In response, the Court issued an Order on February 23, 2010 construing Plaintiff's filing as an Application for a Writ of Mandamus.  (Dkt. #40 at 2.)  On April 20, 2010, Defendant filed a Motion for Relief Under Rule 60(b) and noticed the hearing for July 1, 2010 at 11:00 a.m. (Dkt. # 47).  The Court **HEREBY SETS** oral argument on Plaintiff's Application for a Writ of Mandamus for the same hearing date and time.

On May 11, 2010, Plaintiff filed a letter requesting the Court to consider his April 28, 2010 filing as a Reply to Defendant's Opposition to Plaintiff's Application for a Writ of Mandamus and as

C 08-03789
ORDER SETTING MOTION HEARING FOR (1) PLAINTIFF'S APPLICATION FOR WRIT OF MANDAMUS AND (2) DEFENDANT'S MOTION FOR RELIEF UNDER RULE 60(B)

an Opposition to Defendant's Motion for Relief Under Rule 60(b). (Dkt. #50 at 1.) The Court will consider Plaintiff's April 28, 2010 filing accordingly. Pursuant to Civil Local Rule 7-3, Defendant may file a Reply by June 17, 2010.

**IT IS SO ORDERED.**

Dated: May 12, 2010

_____
LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

C 08-03789
ORDER SETTING MOTION HEARING FOR (1) PLAINTIFF'S APPLICATION FOR WRIT OF MANDAMUS AND (2) DEFENDANT'S MOTION FOR RELIEF UNDER RULE 60(B)
2